UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN CARLOS UITZ, | ) | CASE NO. CV 13-353-SVW (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| STU SHERMAN, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   November 22, 2016.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Judgment.wpd